UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANH NGOC TRAN,

Petitioner,

v.

KEVIN RAYCRAFT et al.,

Respondents.

Case No. 1:26-cv-2366

Honorable Robert J. Jonker

**ORDER**

Petitioner initiated this *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 while he was detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center located in Baldwin, Lake County, Michigan. (Pet., ECF No. 1.) In an order entered on August 20, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 4.) Respondents filed their response on August 27, 2026, (ECF No. 6), and Petitioner filed a reply on September 1, 2026, (ECF No. 8). This matter has been fully briefed.

On September 17, 2026, Petitioner filed a notice of case status update. (ECF No. 9.) Petitioner informed the Court that ICE was unable to remove him on the Special High-Risk Charter flight that departed on September 8, 2026, as was stated in Respondents' response, (ECF No. 6, PageID.57.) Petitioner states that he was being returned to the North Lake Processing Center. (ECF No. 9, PageID.85.) After reviewing the on-line ICE Detainee Locator, https://locator.ice.gov/odls/#/search, Petitioner is not shown as being detained at the North Lake

Processing Center or even in ICE custody. Under these circumstances, the Court concludes that the petition before the Court is moot.

Accordingly,

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED WITHOUT PREJUDICE as moot.

A separate judgment will enter.

Dated: September 28, 2026

/s/ Robert J. Jonker
Robert J. Jonker
United States District Judge